In the Matter of the Claim of EMMA MONTGOMERY, Respondent, against BARTHOLOMAY MILK COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued November 22, 1932; decided December 6, 1932.)

*William Warren Dimmick* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Roy Wiedersum* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.